UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:23-cv-00931-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2023, the Court denied Plaintiff's application to proceed in forma pauperis and ordered Plaintiff to pay the $402 filing fee within 14 days. Plaintiff has not paid the fee, and the time for doing so has elapsed. Accordingly, IT IS HEREBY ORDERED that:

////
////
////
////
////

1

1. The case is dismissed without prejudice;
2. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**December 15, 2023**__

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE